**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 26-mj-56** |
| | : | |
| **v.** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 2252(a)(2)** |
| **ROBERT CLARK,** | : | **(Distribution of Child Pornography)** |
| | : | |
| **Defendant.** | : | **18 U.S.C. § 2253** |
| | : | **21 U.S.C. § 853(p)** |
| | : | **(Forfeiture Allegation)** |
| | : | |
| | : | |

**INFORMATION**

The United States Attorney charges that:

**COUNT ONE**

On or about and between February 2, 2026, and February 5, 2026, within the District of Columbia and elsewhere, the defendant, **ROBERT CLARK,** did knowingly distribute one or more visual depictions using a means and facility of interstate and foreign commerce, and which visual depictions had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so shipped and transported, by any means, including by computer; and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct.

**(Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2))

## FORFEITURE ALLEGATION

1.       Upon conviction of the offense alleged in Count One of this Information, the defendant, **ROBERT CLARK**, shall forfeit to the United States: (1) any visual depictions described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of the United States Code; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, pursuant to Title 18, United States Code, Section 2253.

2.       If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a.       cannot be located upon the exercise of due diligence;

b.       has been transferred or sold to, or deposited with, a third party;

c.       has been placed beyond the jurisdiction of the Court;

d.       has been substantially diminished in value; or

e.       has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value

of the property described above, pursuant to 21 U.S.C. Section 853(p).

(**Criminal Forfeiture,** pursuant to Title 18, United States Code, Section 2253 and Title 21, United States Code, Section 853(p))

Respectfully submitted,

Jeanine Ferris Pirro
United States Attorney

BY:      _/s *Richard S. Kelley*
RICHARD S. KELLEY
Assistant United States Attorney
DC Bar No. 1026390
601 D Street, NW, Fifth Floor
Washington, DC 20530
202-834-3571
richard.kelley2@usdoj.gov

3